

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-10-2011

# Efrain Hidalgo Sr. v. Raymond Sobina

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-2966

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Efrain Hidalgo Sr. v. Raymond Sobina" (2011). *2011 Decisions.* Paper 1817.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1817

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 7, 2011

No. 10-2966

Efrain Hidalgo, Sr.,
                                                Appellant

v.

Raymond Sobina, et al.

(W.D. Pa. No. 3-08-cv-00138)

Present:  BARRY and STAPLETON, Circuit Judges

Motion by Appellant to File Exhibit to Petition for Rehearing.


                                        Respectfully,
                                        Stephanie/smw

_____ORDER_____
The motion for leave to file an exhibit to the petition for rehearing is granted.  The
petition for panel rehearing is granted and the Court's order, filed December 3, 2010, is
hereby vacated.  As Judge Fisher is recused, this appeal will be assigned to a
reconstituted panel of the Court.


                                        By the Court,

                                        **/s/Maryanne Trump Barry**
                                        Circuit Judge

Dated:   February 10, 2011
Smw/cc:      Efrain Hidalgo, Sr.
             Andrea F. McKenna, Esq.



**A True Copy:**

Marcia M. Waldron, Clerk